UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                PLAINTIFF,

v.

$3,650 IN U.S. CURRENCY,

                DEFENDANT.

Civil No. 12-2435 (DSD/TNL)

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Based on the motion of the United States for an order granting default judgment against Melissa Stevenson, Miguel Angel Garcia-Gonzalez, and all unknown persons and entities who have failed to file a verified claim and answer, and for a final order of forfeiture as to the defendant currency, and based on all the files and records in this action, and on this Court's findings that:

    1. A verified Complaint for Forfeiture *In Rem* was filed on September 21, 2012, alleging that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6);

    2. A Warrant of Arrest and Notice *In Rem* was entered by the Clerk of Court on September 21, 2012, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*; and to give due notice to them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the

defendant currency within 35 days from the date of service and an answer to the Complaint for Forfeiture within 21 days of the filing date of the verified statement;

3. The United States Marshal arrested the currency, and the Notice of Judicial Proceeding, the Complaint for Forfeiture, and Warrant of Arrest and Notice *In Rem* were served by certified mail upon Melissa Stevenson and Miguel Angel Garcia-Gonzalez;

4. The United States published a Notice of Civil Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 27, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The Notice of Civil Forfeiture advised all unknown interested third parties of their right to petition the court within sixty (60) days of the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the defendant currency;

5. No verified statement of interest in or right against the defendant currency or answer to the Complaint for Forfeiture has been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a verified claim and answer provided by law has expired;  and

6. On October 22, 2012, the Plaintiff, Melissa Stevenson and Miguel Angel Garcia-Gonzalez entered into an Agreement of Forfeiture through which they consented to the forfeiture of the defendant currency.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The motion of the United States for a default judgment and final order of forfeiture (Docket No. 7) is GRANTED;

2.      Default judgment is entered against Melissa Stevenson, Miguel Angel Garcia-Gonzalez, and all unknown persons and entities having an interest in the defendant currency for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Complaint for Forfeiture *In Rem* as required by 18 U.S.C. §§ 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions; and

3.      All right, title and interest in the $3,650 in U.S. currency is forfeited to and vested in the United States pursuant to 18 U.S.C. § 881(a)(6), and shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 28, 2012

s/David S. Doty
DAVID S. DOTY, Judge
United States District Court